[Criminal No. 674.   Filed May 14, 1928.]

[266 Pac. 1118.]

CLARENCE   PALMER,   Appellant,   v.   STATE, Respondent.

Mr. V. L. Hash, for Appellant.

Mr. John W. Murphy, Attorney General, for the State.

PER CURIAM.—An inspection of the record discloses that appellant was informed against by the county attorney for assault with a deadly weapon, and upon a trial, regularly had, found guilty and sentenced to imprisonment in the state prison. We have examined the record (although appellant has not attempted to aid us) for error, and, finding none, the judgment of conviction is affirmed.